IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JARRED CLEGG,

    Plaintiff,

v.                                                       No. 22-CV-907-KWR-KRS

THE BERNALILLO COUNTY
METROPOLITAN DETENTION
CENTER, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's letter regarding civil rights Claims (Doc. 1) (Letter). Plaintiff is detained at the Metropolitan Detention Center (MDC) and is proceeding *pro se*. The Letter indicates he wishes to file a 42 U.S.C. § 1983 civil rights complaint. The Clerk's Office mailed Plaintiff a blank civil rights complaint and a blank motion to proceed *in forma pauperis* on November 25, 2022. Plaintiff must return the completed civil rights complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between May 25, 2022 and November 25, 2022. The failure to timely comply with both directives will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an account statement reflecting transactions between May 25, 2022 and November 25, 2022.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE