**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JARRED CLEGG,

     Plaintiff,

v.                                                            No. 1:22-cv-00907-KWR-KRS

THE BERNALILLO COUNTY
METROPOLITAN DETENTION
CENTER, *et al*,

     Defendant.

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court following Plaintiff's failure to prosecute his civil rights claims.   On January 31, 2023, the Court entered an Order to Cure Deficiencies, requiring Plaintiff to file a complaint and prepay the $402 filing fee or submit an in forma pauperis motion. (Doc. 2). Plaintiff did not comply with, or otherwise respond to, the Court's Order. The deadline within which he was required to do so has now passed. (Doc. 12 at 2). The Court will therefore dismiss the Complaint under Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

     **IT IS THEREFORE ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Court will enter a separate judgment closing this civil case.

     **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**