# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JARRED CLEGG,

    Plaintiff,

v.                                                          No. 1:22-cv-00907-KWR-KRS

THE BERNALILLO COUNTY
METROPOLITAN DETENTION
CENTER, *et al*,

    Defendant.

## **FINAL JUDGMENT**

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal (**Doc. 3**) filed **March 7, 2023**, the Court issues its separate judgment finally disposing of this civil case.

    **IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**